# Exhibit 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

FORTRESS CREDIT CORP.,

                Plaintiff,

-against-

THAI UNION NORTH AMERICA, INC.,

                Defendant.

Index No. 655246/2024

**STIPULATION REGARDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Fortress Credit Corp. ("Fortress") and defendant Thai Union North America, Inc. ("Thai Union"), through their respective attorneys, that Thai Union received and accepted service of the Summons and Complaint in the above-captioned action on October 15, 2024.

      **IT IS FURTHER STIPULATED AND AGREED** that Thai Union will not contest the sufficiency of service to which it consented.

      **IT IS FURTHER STIPULATED AND AGREED** that Thai Union shall have until December 3, 2024 to answer, move against, or otherwise respond to the Complaint.

      **IT IS FURTHER STIPULATED AND AGREED** that, in entering into this Stipulation, other than consenting to service, Thai Union preserves, and does not waive, its defenses and rights, including its right to remove the above-captioned action to the United States District Court for the Southern District of New York.

      **IT IS FURTHER STIPULATED AND AGREED** that, in entering into this Stipulation, Fortress preserves, and does not waive, its rights and claims.

      **IT IS FURTHER STIPULATED AND AGREED** that electronic signatures on this

FILED: NEW YORK COUNTY CLERK 10/30/2024 03:33 PM INDEX NO. 655246/2024
NYSCEF DOC. NO. 3 Case 1:24-cv-08399-MKV Document 1-3 Filed 11/04/24 Page 3 of 3 RECEIVED NYSCEF: 10/30/2024

Stipulation shall have the same binding effect on all parties hereto as original signatures.

DATED: October 30, 2024
New York, New York

**PROSKAUER ROSE LLP**

/s/ Michael T. Mervis
Michael T. Mervis
Marc C. Palmer

Eleven Times Square
New York, New York 10036
Tel: (212) 969-3000
mmervis@proskauer.com
mpalmer@proskauer.com

M. Rina Kim

1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004
Tel: (202) 416-6800
Fax: (202) 416-6899
rkim@proskauer.com

*Attorneys for Fortress Credit Corp.*

**KOBRE & KIM LLP**

/s/ Danielle L. Rose
Danielle L. Rose
Sophie Lipman

800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1200
Fax: +1 212 488 1220
danielle.rose@kobrekim.com
sophie.lipman@kobrekim.com

Calvin Koo

Champion Tower, 25th Floor
3 Garden Road
Central, Hong Kong
Tel: +852 2127 3288
Fax: +852 2127-3280
calvin.koo@kobrekim.com

*Attorneys for Thai Union North America, Inc.*

2 of 2