**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FORTRESS CREDIT CORP., <br><br> Plaintiff, <br><br> -against- <br><br> THAI UNION NORTH AMERICA, INC., <br><br> Defendant. | **RULE 7.1 DISCLOSURE STATEMENT** <br><br> Case No. 24-cv-8399 |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel certifies that Thai Union Group Public Company Limited is the corporate parent of, and wholly owns, Defendant Thai Union North America, Inc.

Thai Union North America, Inc. is a California corporation with its principal place of business in California. No other entities' citizenship is attributed to Thai Union North America, Inc. for purposes of establishing jurisdiction based upon diversity of citizenship under 28 U.S.C. § 1332(a).

DATED: November 4, 2024
New York, New York

**KOBRE & KIM LLP**

/s/ Danielle L. Rose
Danielle L. Rose
Sophie Lipman

800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1200
Fax: +1 212 488 1220
danielle.rose@kobrekim.com
sophie.lipman@kobrekim.com

Calvin Koo

Champion Tower, 25th Floor
3 Garden Road
Central, Hong Kong
Tel: +852 2127 3288
Fax: +852 2127-3280
calvin.koo@kobrekim.com

*Attorneys for Thai Union North America, Inc.*