UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FORTRESS CREDIT CORP.,<br><br>       Plaintiff,<br><br>-against-<br><br>THAI UNION NORTH AMERICA, INC.,<br><br>       Defendant. | **NOTICE OF APPEARANCE**<br><br>Civil Action No. 24-cv-8399-MKV |

To: The clerk of court and all parties of record

   Please enter my appearance as counsel of record for Defendant Thai Union North America, Inc. I certify that I am admitted to practice in this Court.

Date: November 7, 2024
Hong Kong SAR

              Respectfully submitted,

              /s/ Calvin K. Koo
              Calvin K. Koo
              calvin.koo@kobrekim.com

              KOBRE & KIM LLP
              Champion Tower, 25th Floor
              3 Garden Road
              Central, Hong Kong
              Tel: +852 2127-3288
              Fax: +852 2127-3280

              *Counsel for Thai Union North America, Inc.*